UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                        Case Number 04-20038-BC
v.                                           Honorable David M. Lawson

SERGIO CORIA,

        Defendant.
_____ /

## ORDER DENYING MOTION TO COMPEL

On December 23, 2005, the defendant Coria filed a motion to compel discovery. Under the local rules, a motion must be accompanied by a brief containing "a concise statement of the issues presented" and the controlling authority, L.R. 7.1, along with "the grounds upon which it is based." Fed. R. Crim. P. 47(b). In addition, a brief should contain a factual background and cogent argument. The defendant's motion does not contain any factual development, nor does it cite any pertinent authorities. The defendant proposes that he may furnish such argument after the government responds to the motion, but that posture does not satisfy the requirements noted above.

Accordingly, it is **ORDERED** that defendant's motion to compel discovery [dkt # 177] is **DENIED** without prejudice for lack of merit on the grounds presented.

                        s/David M. Lawson
                        DAVID M. LAWSON
                        United States District Judge

Dated: January 13, 2006

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 13, 2006.

s/Tracy A. Jacobs
TRACY A. JACOBS